

**FORREST B. JOHNSON & ASSOCIATES**
LICENSED IN FL AND GA

February 9, 2017

**Via Certified Mail Article No.:**
9414 7118 9956 4918 6754 51

Tommy E. Gardner, Jr.
Chief of Police
East Point Police Department
2777 East Point Street
East Point, Georgia 30344

**Via Certified Mail Article No.:**
9414 7118 9956 4918 6709 51

Frederick Gardiner
City Manager
City of East Point
1526 E. Forrest Avenue, Suite 400
East Point, Georgia 30344

**Via Certified Mail Article No.:**
9414 7118 9956 4918 6932 19

Honorable Jannquell Peters
Mayor – City of East Point
2777 East Point Street
East Point, Georgia 30344

**Via Certified Mail Article No.:**
9414 7118 9956 4918 6957 32

Corliss Lawson, Esq.
City Attorney
City of East Point
1526 East Forrest Avenue, Suite 400
East Point, Georgia 30344

**Via Certified Mail Article No.:**
9414 7118 9956 4918 6982 76

Brad Bowman, Esq.
Assistant City Attorney
City of East Point
1526 East Forrest Avenue, Suite 400
East Point, Georgia 30344

**Via Certified Mail Article No.:**
9414 7118 9956 4918 6975 76

Diane S. White
City Clerk
City of East Point
1526 East Forrest Avenue, Suite 400
East Point, Georgia 30344

**Via Certified Mail Article No.:**
9414 7118 9956 4918 6297 06

Sharon Shropshire
City of East Point
City Council – Ward A
2777 East Point Street
East Point, Georgia 30344

**Via Certified Mail Article No.:**
9414 7118 9956 4918 6227 90

Alexander Gothard
City of East Point
City Council – Ward A
2777 East Point Street
East Point, Georgia 30344

" A Commitment to Excellence "

1745 MLK. JR. DR. N.W. | ATLANTA, GA 30314 | TELEPHONE: 404.758.9111 | TOLL FREE: 800.632.6026 | FACSIMILE: 888.298.0458
201 SPRING STREET | MACON, GA 31201 | TELEPHONE: 478.257.6266
FORRESTJOHNSON@FBJLAW.COM   WWW.FBJLAW.COM

Ante Litem Notice
February 9, 2017
Page 2

**Via Certified Mail Article No.:**
9414 7118 9956 4918 6283 10

Karen Renè
City of East Point
City Council – Ward B
2777 East Point Street
East Point, Georgia 30344

**Via Certified Mail Article No.:**
9414 7118 9956 4918 6213 35

Thomas Calloway
City of East Point
City Council – Ward B
2777 East Point Street
East Point, Georgia 30344

**Via Certified Mail Article No.:**
9414 7118 9956 4918 6537 70

Nanette Saucier
City of East Point
City Council – Ward C
2777 East Point Street
East Point, Georgia 30344

**Via Certified Mail Article No.:**
9414 7118 9956 4918 6559 72

Myron B. Cook
City of East Point
City Council – Ward C
2777 East Point Street
East Point, Georgia 30344

**Via Certified Mail Article No.:**
9414 7118 9956 4918 6520 32

Deana Holiday Ingraham
City of East Point
City Council – Ward D
2777 East Point Street
East Point, Georgia 30344

**Via Certified Mail Article No.:**
9414 7118 9956 4918 6579 07

Stephanie Gordon
City of East Point
City Council – Ward D
2777 East Point Street
East Point, Georgia 30344

|  |  |  |  |
|---|---|---|---|
| RE: | Claimant | : | Audrey Depeiza, as Surviving Mother of Andrew Depeiza, Deceased, Nequita Gribble as Mother and Natural Guardian of Zuri Depeiza, a minor, and Monique Carter-Harper as Mother and Natural Guardian of Baby Carter-Depeiza |
|  | Place of Injury | : | Legends at Laura Creek Apartments (East Point, |

" A Commitment to Excellence "

1745 MLK. JR. DR. N.W.  |  ATLANTA, GA 30314  |  TELEPHONE: 404.758.9111  |  TOLL FREE: 800.632.6026  |  FACSIMILE: 888.298.0458
201 SPRING STREET  |  MACON, GA 31201  |  TELEPHONE: 478.257.6266
FORRESTJOHNSON@FBJLAW.COM    WWW.FBJLAW.COM

Ante Litem Notice
February 9, 2017
Page 3

|  |  |  |
|---|---|---|
|  |  | Fulton County, GA) |
| Cause of Injury | : | Excessive use of Force |
| Extent of Injury | : | Fatal Gun Shots |
| Date of Incident | : | November 11, 2016 |
| Government Entity | : | East Point Police Department |
| Amount of Claim | : | $5 Million Dollars ($5,000,000.00) |

**Notice of Claims Against the City of East Point, the East Point Police Department, Officers John Does 1-5, and Officers Jane Does 1-5**

Dear Ladies and Gentleman:

Please be advised that our firm, represents Audrey Depeiza, as Surviving Mother of Andrew Depeiza, Deceased, Nequita Gribble as Mother and Natural Guardian of Zuri Depeiza, a minor, and Monique Carter-Harper as Mother and Natural Guardian of Baby Carter-Depeiza. Pursuant to O.C.G.A. §36-33-5, this notice is to advise you of our clients claims against the City of East Point, the East Point Police Department, Officers John Does 1-5 and Officers Jane Does 1-5, in both their individual and official capacities, arising out of the fatal shooting of Andrew Depeiza on November 11, 2016.

On November 11, 2016, Andrew Depeiza ("Mr. Depeiza") was involved in an incident with several East Point Police officers. The names of the involved officers have not been released. During the incident, one officer used a stun gun on Mr. Depeiza. While this was occurring, another officer shot Mr. Depeiza multiple times, conduct which constitutes an abusive use of force. Mr. Depeiza was taken to Grady Memorial Hospital where he died of his gun shot injuries. Mr. Depeiza was 36 years old. There is no evidence indicating that Mr. Depeiza was armed.

As a result of the unlawful actions of the involved officers, our clients intend to file a lawsuit under 42 U.S.C. §1983 for violations of his Fourth and Fourteenth Amendment rights under the United States Constitution and similar provisions of the Georgia Constitution, including but not limited to the use of excessive force, as well as bring claims of Negligent Hiring, Training, Supervision and Retention.

" A Commitment to Excellence "

1745 MLK. JR. DR. N.W. | ATLANTA, GA 30314 | TELEPHONE: 404.758.9111 | TOLL FREE: 800.632.6026 | FACSIMILE: 888.298.0458
201 SPRING STREET | MACON, GA 31201 | TELEPHONE: 478.257.6266
FORRESTJOHNSON@FBJLAW.COM   WWW.FBJLAW.COM

This Ante Litem notice is written pursuant to the provisions of O.C.G.A. §36-33-5 and other applicable Georgia law, and is provided to the extent required by Georgia law as a prerequisite to the filing of any lawsuit against a city in the State of Georgia or any other State of Georgia municipal entity, department or agency responsible for the incident described herein. This writing is in full satisfaction of the notice requirements under Georgia law.  The governing statute provides in its entirety: "Within six months of the happening of the event upon which a claim against a municipal corporation is predicated, the person, firm, or corporation having the claim shall present the claim in writing to the governing authority of the municipal corporation for adjustment, stating the time, place, and extent of the injury, as nearly as practicable, and the negligence which caused the injury." Therefore, this notice shall serve as timely formal presentation, in writing, of the wrongful death and estate claims of Audrey Depeiza, as Surviving Mother of Andrew Depeiza, Deceased, Nequita Gribble as Mother and Natural Guardian of Zuri Depeiza, a minor, and Monique Carter-Harper as Mother and Natural Guardian of Baby Carter-Depeiza.

This Ante Litem notice is directed to you in your official capacity with the City of East Point and the East Point Police Department.  If you contend that this notice should be directed to someone other than you in order to comply with the above-cited Georgia law, please advise us of that contention *immediately* so that we may consider such contention and act accordingly. Otherwise, we will conclude that this notice was properly addressed and received.

This letter is also intended to provide notice of the claims of any successor in interest of the claims currently held by Audrey Depeiza, as Surviving Mother of Andrew Depeiza, Deceased, Nequita Gribble as Mother and Natural Guardian of Zuri Depeiza, a minor, and Monique Carter-Harper as Mother and Natural Guardian of Baby Carter-Depeiza, if such successor may become necessary.

Consistent with O.C.G.A. § 36-33-5 the following information is provided to the extent of our clients' knowledge and belief:

(A) The persons, entity or entities, the acts or omissions of which are asserted as the basis of the claim: **The City of East Point, the East Point Police Department, Officers John Does 1-5, and Officers Jane Does 1-5.  The names of the involved officers have not been released to the public; however, the names of such officers should be easily determined by the City of East Point and the East Point Police Department.  Other negligent parties include employees and agents of the City of East Point and the East Point Police Department that were charged with the duty and responsibility of hiring, training, supervising and retaining the involved officers.**

(B) The time of the transaction or occurrence out of which the loss arose: **The incident occurred on November 11, 2016, at the Legends at Laura Creek Apartments in East Point, Fulton County, Georgia.**

(C) The place of the transaction or occurrence: **Legends at Laura Creek Apartments in East Point, Fulton County, Georgia located at 3200 Lakeview**

" A Commitment to Excellence "

1745 MLK. JR. DR. N.W.  |  ATLANTA, GA 30314  |  TELEPHONE: 404.758.9111  |  TOLL FREE: 800.632.6026  |  FACSIMILE: 888.298.0458
201 SPRING STREET  |  MACON, GA 31201  |  TELEPHONE: 478.257.6266
FORRESTJOHNSON@FBJLAW.COM    WWW.FBJLAW.COM

Place, East Point (Atlanta), Georgia 30337, at or near a breezeway in Building #2 (see image below).



(D)  The nature of the loss suffered:  **The wrongful death of Andrew Depeiza. As a direct and proximate result of said the City of East Point, the East Point Police Department, Officers John Does 1-5, and Officers Jane Does 1-5 acts, omissions, and use of excessive force, Mr. Depeiza was deprived of his rights to be free from unreasonable detention, due process of law, equal protection, and the right to life guaranteed to him by the Fourth and Fourteenth Amendments of the United States Constitution. Additionally, Mr. Depeiza's death was also directly and proximately caused by the failures, negligence, policies and/or customs of the City of East Point, the East Point Police Department, Officers John Does 1-5, and Officers Jane Does 1-5 because it produced or contributed to police officers' hiring, training, supervision and retention.**

The nature of the loss includes all claims which can be brought by our clients, including but not limited to, wrongful death and claims on behalf of the estate.

(E)  The amount of the loss claimed:  **At a minimum, both economic and non-economic damages available to our clients for wrongful death and claims on behalf of the estate total five million dollars ($5,000,000.00). Therefore, the total amount of the loss currently claimed is five million dollars ($5,000,000.00).**

(F)  **The acts and omissions of the City of East Point, the East Point Police Department, Officers John Does 1-5, and Officers Jane Does 1-5 include, but are not limited to**:

    1.  The use of excessive force;

    2.  Negligent hiring;

    3.  Negligent training;

" A Commitment to Excellence "

1745 MLK. JR. DR. N.W. | ATLANTA, GA 30314 | TELEPHONE: 404:758:9111 | TOLL FREE: 800:632:6026 | FACSIMILE: 888:298:0458
201 SPRING STREET | MACON, GA 31201 | TELEPHONE: 478:257:6266
FORRESTJOHNSON@FBJLAW.COM    WWW.FBJLAW.COM

    4.  Negligent supervision;

    5.  Negligent retention;

    6.  Unconstitutional policies and/or customs;

    7.  Violation of Andrew Depeiza's Fourth Amendments of the United States Constitution and similar provisions of the Georgia Constitution; and

    8.  Violation of Andrew Depeiza's Fourteenth Amendments of the United States Constitution and similar provisions of the Georgia Constitution.

Our clients specifically reserve the right to amend this notice, pursue other theories of liability, to allege other acts of negligence involving the City of East Point, the East Point Police Department, Officers John Does 1-5, and Officers Jane Does 1-5 as more details become available through their investigation or through the litigation of this matter should it become necessary.

Please allow this letter shall serve as a notice of the above-referenced claims and demand for compensation for all claims arising out of the death of Andrew Depeiza. This claim and demand for damages includes, but is not limited to, wrongful death damages (the full value of the life of Andrew Depeiza), estate damages (medical expenses, funeral/burial expenses, mental and physical pain and suffering, fright, shock) and all other general and special damages allowed under the law.

Should you have any questions or concerns, please do not hesitate to contact me at 404-758-9111 or reneetucker@fbjlaw.com. You may also contact Attorney Hannah Moore at the same number, or HannahMoore@fbjlaw.com.

        Sincerely,
        Forrest B. Johnson & Associates

        Renee Y. Tucker, Esq.

RYT//ryt

cc:    Hannah R. Moore

" A Commitment to Excellence "

1745 MLK. JR. DR. N.W. | ATLANTA, GA 30314 | TELEPHONE: 404.758.9111 | TOLL FREE: 800.632.6026 | FACSIMILE: 888.298.0458
201 SPRING STREET | MACON, GA 31201 | TELEPHONE: 478.257.6266
FORRESTJOHNSON@FBJLAW.COM   WWW.FBJLAW.COM