UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| AUDREY DEPEIZA, as Proposed Representative of the Estate of ANDREW DEPEIZA, Deceased, and CHRISTINA MONIQUE CARTER-HARPER, as Next of Kin of AUBREY DREW CARTER, a minor and Surviving Son of ANDREW DEPEIZA, Deceased, Individually, | ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION FILE NO.: 1:18-CV-05117-MHC |
| vs. | ) ) | |
| THE CITY OF EAST POINT, GEORGIA, OFFICER JANET JACKSON, in her individual and official capacity, and OFFICER JOHN DOE, in his individual and official capacity, | ) ) ) ) ) ) ) | |
| Defendant. | ) | |

**NOTICE TO TAKE THE DEPOSITION OF DEFENDANT OFFICER CORNELL M. JOHNSON, JR.**

TO:   Officer Cornell M. Johnson, Jr.
       c/o Derrick L. Bingham
       1180 Peachtree Street, NE
       Suite 3000
       Atlanta, GA 30309

PLEASE TAKE NOTICE THAT on **Tuesday, November 19, 2019, beginning at 2:00 p.m., at Newnan Central Library, 85 Literary Lane, Newnan, GA 30265** the undersigned will proceed to take the deposition of **Officer Cornell M. Johnson, Jr.,** upon oral examination before a court reporter, a notary public, or other person authorized by law to administer oaths. The deposition will be taken for purposes of discovery, cross-examination of an opposing party, and for all other purposes permitted under the Fed. R. Civ. P. 26 and 30. The deposition will continue from day to day until its completion.

This 18th day of November, 2019.

Respectfully Submitted,
FORREST B. JOHNSON &
ASSOCIATES

_____

FORREST B. JOHNSON
Georgia Bar No. 393480
RENEE Y. TUCKER
Georgia Bar No. 454262
*Attorneys for Plaintiff*

FORREST B. JOHNSON &
ASSOCIATES
1745 Martin Luther King, Jr. Drive
Atlanta, Georgia 30314
(404)758-9111

# CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), I hereby certify that the foregoing has been prepared in compliance with Local Rule 5.1 (B) in 14-point Times New Roman type face.

This 18th day of November, 2019.

/s/ Renee Y. Tucker
RENEE Y. TUCKER
Georgia Bar No.: 454262
*Attorney for Plaintiffs*

FORREST B. JOHNSON & ASSOCIATES
1745 Martin Luther King Jr., Drive
Atlanta, Georgia 30314
(404) 758-9111
reneetucker@fbjlaw.com

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this day served a copy of **NOTICE TO TAKE DEPOSITION OF DEFENDANT OFFICER CORNELL M. JOHNSON, JR.** upon all parties to this matter by depositing a true copy of same in the U.S. Mail, proper postage prepaid, addressed to the following:

Derrick L. Bingham
Owen, Gleaton, Eagan, Jones & Sweeney, LLP
1180 Peachtree Street, NE
Suite 3000
Atlanta, Georgia 30309

This 18th day of November, 2019.

**FORREST B. JOHNSON & ASSOCIATES**

_____
FORREST B. JOHNSON
Georgia Bar No. 393480
RENEE Y. TUCKER
Georgia Bar No. 454262
Attorneys for Plaintiff

1745 Martin Luther King, Jr., Dr.
Atlanta, GA 30314
(404) 758-9111
(404) 758-1969 fax