# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **AUDREY DEPEIZA**, as Proposed Representative of the Estate of **ANDREW DEPEIZA**, Deceased, and **CHRISTINA MONIQUE CARTER-HARPER**, as Next of Kin of **AUBREY DREW CARTER**, a minor and Surviving Son of **ANDREW DEPEIZA**, Deceased, Individually, ) ) ) ) ) ) ) ) ) ) ) | |
| **Plaintiffs,** ) ) | **CIVIL ACTION FILE NO.:** **1:18-CV-05117-MHC** |
| vs. ) ) | |
| **THE CITY OF EAST POINT, GEORGIA, OFFICER JANET JACKSON**, in her individual and official capacity, and **OFFICER JOHN DOE**, in his individual and official capacity, ) ) ) ) ) ) ) | |
| **Defendant.** ) | |

## PLAINTIFFS' MOTION FOR LEAVE TO AMEND THE COMPLAINT TO ADD PLAINTIFFS AND TO CORRECT A MISNOMER AND MEMORANDUM IN SUPPORT

COME NOW, PLAINTIFFS, AUDREY DEPEIZA, as Proposed Representative of the Estate of ANDREW DEPEIZA, Deceased, and CHRISTINA MONIQUE CARTER-HARPER, as Next of Kin of AUBREY DREW CARTER, a

minor and Surviving Son of ANDREW DEPEIZA, Deceased, Individually, by and through undersigned counsel, and pursuant to Federal Rules of Civil Procedure 15 and 20, respectfully move this Court to permit Plaintiffs to amend their Complaint to add certain new plaintiffs (the parents of additional surviving children of decedent, Andrew Depeiza), and to reflect the correct of minor child Aubrey Drew Carter, as the "daughter" of Andrew Depeiza.  The proposed Amended Complaint is attached hereto as Exhibit A.

In support of their Motion, Plaintiffs show the Court as follows:

## MEMORANDUM IN SUPPORT OF MOTION

Federal Rule of Civil Procedure 15(a) requires that leave to amend a complaint "be freely given if justice so requires."  Fed.R.Civ.P. 15(a).  In addition, Rule 20 with regard to a plaintiff states that "Persons may join in one action as plaintiffs if: (A) they assert any right to relief jointly, severally, or in the alternative with respect to or arising out of the same transaction, occurrence, or series of transactions or occurrences."  Fed.R.Civ.P. 20(a)(1)(A).

Plaintiffs' decedent, Andrew Depeiza, has additional surviving children that, presently, are not parties to this litigation.  Those children include the following:

- Zuri Depeiza (currently 6 years of age), mother Nequita Gribble;
- Zion Depeiza (currently 5 years of age), mother, Jasmine James; and

- Ezekiel Andrew James (currently 2 years of age), mother Jasmine James.

In light of the above, Plaintiffs seek to add Nequita Gribble as Next of Kin of Zuri Depeiza, a minor and surviving daughter of Andrew Depeiza, deceased; Jasmine James as Next of Kin of Zion Depeiza and Ezekiel Andrew James, minor children and surviving sons of Andrew Depeiza, deceased as party plaintiffs in this pending action.  Plaintiff states that no pre-trial order has been entered and the proposed plaintiffs are aware of the existence of the lawsuit and desire to participate in the same.  Additionally, joinder at this juncture would not result in prejudice to Defendant.

Additionally, when suit was filed, Plaintiffs' identified survivor, Aubrey Drew Carter as the surviving son of Andrew Depeiza.  Minor child, Aubrey Drew Carter is the surviving "daughter" of Andrew Depeiza.  Plaintiffs seek to amend the pleadings to correctly identify Aubrey Drew Carter as the surviving "daughter" of Andrew Depeiza, deceased.

## **CONCLUSION**

For the reasons set forth above, Plaintiffs respectfully request that the Court (1) grant them leave to amend their complaint to add the proposed plaintiffs, and

(2) permit the correction of the misnomer regarding minor child, Aubrey Drew Carter, to reflect her status as the surviving "daughter" of Andrew Depeiza, deceased.

This 7th day of January, 2020.

/s/ Renee Y. Tucker
RENEE Y. TUCKER
Georgia Bar No.: 454262

*Attorney for Plaintiffs*

FORREST B. JOHNSON & ASSOCIATES
1745 Martin Luther King Jr., Drive
Atlanta, Georgia 30314
(404) 758-9111
reneetucker@fbjlaw.com
HannahMoore@fbjlaw.com

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D), I hereby certify that the foregoing has been prepared in compliance with Local Rule 5.1 (B) in 14-point Times New Roman type face.

This 7th day of January, 2020.

/s/ Renee Y. Tucker
RENEE Y. TUCKER
Georgia Bar No.: 454262

*Attorney for Plaintiffs*

FORREST B. JOHNSON & ASSOCIATES
1745 Martin Luther King Jr., Drive
Atlanta, Georgia 30314
(404) 758-9111
reneetucker@fbjlaw.com

5

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed PLAINTIFFS' MOTION FOR LEAVE TO AMEND THE COMPLAINT TO ADD PLAINTIFFS AND TO CORRECT A MISNOMER AND MEMORANDUM IN SUPPORT with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

This 7th day of January, 2020.

                                          /s/ Renee Y. Tucker
                                          RENEE Y. TUCKER
                                          Georgia Bar No.: 454262

                                          *Attorney for Plaintiffs*

FORREST B. JOHNSON & ASSOCIATES
1745 Martin Luther King Jr., Drive
Atlanta, Georgia 30314
(404) 758-9111
reneetucker@fbjlaw.com