## UNITED STATES DISTRICT COURT NORTHERN
## DISTRICT OF GEORGIA ATLANTA DIVISION

Audrey Depeiza
*as Proposed Representative of the
Estate of Andrew Depeiza,
Deceased,* Christina Monique
Carter-Harper *as Next of Kin of
Aubrey Drew Carter, a minor and
Surviving Daughter of ANDREW
DEPEIZA, Deceased, Individually,*
Nequita Gribble *as Next of Kin of
ZURI DEPEIZA, a Minor and
Surviving Daughter of ANDREW
DEPEIZA, deceased,* Jasmine
James *as Next of Kin of ZION
DEPEIZA and EZEKIEL ANDREW
JAMES, Minor Children and
Surviving Sons of ANDREW
DEPEIZA, Deceased,*

        Plaintiff(s),

vs.

The City of East Point, Georgia,
Officer Janet Jackson
*in her individual and official capacity,*
Officer John Doe
*in his individual and official capacity,*
        Defendant(s).

CIVIL ACTION FILE

NO. 1:18-cv-5117-MHC

## J U D G M E N T

This action having come before the court, Honorable Mark H. Cohen, United States District Judge, for consideration of defendant Officer Janet Jackson's Motion for Summary Judgment, and the court having granted said motion, and the Court having previously granted defendant The City of East Point, Georgia's Motion to Dismiss, dismissing said defendant by Order dated April 19, 2019, it is,

**Ordered and Adjudged** that the plaintiff take nothing; that the defendant Officer Janet Jackson recover her costs of this action, and the action be, and the same hereby is, **dismissed**.

Dated at Atlanta, Georgia, this 6th day of July, 2020.

JAMES N. HATTEN
CLERK OF COURT

By: s/J. Acker
Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
July 6, 2020
James N. Hatten Clerk of
Court

By: s/J. Acker
Deputy Clerk